Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff KAREN DENISE MATTHEWS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DENISE MATTHEWS, | Case No.: 1:08-CV-01016 GSA |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Karen Matthews in care of Young Cho, subject to the reservation of rights, the amount of four thousand four hundred dollars ($4,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the stipulation filed on November 17, 2009.

DATE: November 18, 2009            /s/ Gary S. Austin
                                    Gary S. Austin
                                    United States Magistrate Judge